IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CINDY MOLINAR,<br><br>    Plaintiff,<br><br>v.<br><br>GAYLA PRESSET and CARBON EMERY HOUSING AUTHORITY,<br><br>    Defendanst. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Case No. 2:25-cv-00357-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

On June 24, 2025, United States Magistrate Judge Dustin B. Pead issued a Report and Recommendation (R&R) recommending that the court deny Plaintiff Cindy Molinar's Motion to Proceed in forma pauperis (ECF No. 2) and dismiss this case without prejudice for failure to comply with court orders and failure to prosecute. (ECF No. 8.) Ms. Molinar was given fourteen days to file objections to the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Nothing has been filed and the time for objecting has passed.

The court has reviewed the matter and the R&R for clear error and finds that it is correct in all material respects. See Fed. R. Civ. P. 72 Advisory Comm. Notes 1983 Addition Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the court adopts the R&R (ECF No. 8) in its entirety.

**ORDER**

For the foregoing reasons, the court ORDERS as follows:

1

     1.     The Plaintiff's Motion for Leave to Proceed in forma pauperis (ECF No. 2) is DENIED.

     2.     The court DISMISSES this action without prejudice.

DATED this 9th day of July, 2025.

BY THE COURT:

*(signature)*
Tena Campbell
United States District Judge